| | § | |
|---|---|---|
| HUBERT SEATON | fi | |
| | fi | CIVIL ACTION NO. 6:16-cv-1319 |
| x. | fi | |
| | fi | |
| CITY MARSHAL CHAMBLISS | fi | |
| | fi | |

## ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections have been filed. The Court agrees with the Magistrate Judge's conclusion that this lawsuit should be dismissed with prejudice to their being asserted again until the *Heck* conditions are met. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the civil rights complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and that Plaintiff's claims are **DISMISSED** with prejudice to their being asserted again until the *Heck v. Humphrey*, 512 U.S. 477 (1994) conditions are met. All motions not previously ruled on are **DENIED**.

**SIGNED this 6th day of March, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE